OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M     $ 00.26⁵
0004279596     JAN 27 2015
MAILED FROM ZIP CODE 78701

1/26/2015
TURNER, ALBERT JAMES     Tr. Ct. No. 10-DCR-054233     WR-80,559-02
On this day, the motion for leave to file the original writ of mandamus has been denied without written order.

Abel Acosta, Clerk



ALBERT JAMES TURNER 999565
Cooke County